RECEIVED
JAN 04 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Valerie Steiner

                      Plaintiff(s),

vs.

M & H Appliances Sales and Service

                      Defendant(s).

Case No. 22-cv-17 NEB/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES [ ]  NO [ ]

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

**PARTIES**

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Valerie Steiner
   Street Address: 1020 1st St S Apt 5
   County, City: Benton, Sauk Rapids
   State & Zip Code: MN 56379
   Telephone Number: 320 247 3362

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address

SCANNED JAN 04 2022 U.S. DISTRICT COURT MPLS

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

   Name **M & H Appliances sales and service**

   Street Address **125 29th Ave S**

   County, City **stearns, St. Cloud**

   State & Zip Code **MN 56301**

b. Defendant No. 2

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

   a. ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. NOTE: *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

   b. ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et.*

order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☐ Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

   (Street Address)     (City/County)     (State)     (Zip Code)

5. When did the discrimination occur? Please give the date or time period:
   01-29-2021 at 7:30 pm

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   a. ☒ Yes     Date filed: 04-02-2021
   b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a. ☒ Yes    If yes, please attach a copy of the letter to this complaint.
b. ☐ No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

   a. ☐ Failure to hire me
   b. ☒ Termination of my employment
   c. ☐ Failure to promote me
   d. ☐ Failure to accommodate my disability
   e. ☒ Terms and conditions of employment differ from those of similar employees
   f. ☒ Retaliation
   g. ☐ Harassment
   h. ☐ Other conduct (please specify):

   i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?
   ☒ Yes   ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

   a. ☐ Race
   b. ☐ Religion
   c. ☐ National origin

4

d. ☐ Color

e. ☒ Gender

f. ☐ Disability

g. ☐ Age (my birth year is:_____)

h. ☐ Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☒ Yes    ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.

10.  On January 29, 2021 I received a phone call From Brian Ashworth owner/Boss of M and H Appliance stating that effective immediately I'm not longer employed at M & H.  I was told that my co-worker Cody Parsons was also no longer working at M & H. We were in a romantic relationship and using company phones and emails for personal use.

11I later found out that my co-worker Cody is still employed at M & H appliance. So I applied for my job but was not given the same opportunity.  Cody still works for M & H as a warehouse manager and appliance delivery and install technician.

12When I was made aware Cody was still employed and not given the same ooportunity is when I filed a claim with the EEOC for Discrimination. After 7 months the EEOC dismissed the claim and gave me the right to sue.

13During my course of employment with the defendant I was subjected to disparate treatment and discriminated against on the basis of my Gender with respect to the terms, conditions and privileges of my employment. I was terminated and not rehired. My employer did rehire the male involved in the personal relationship that was also terminated for inappropriate use of technology. These actions were unfair discriminatory practices in violation of the title VII of the civil rights act, 42 U.S.C Section 2000.

14.Minn. Stat. 363A.08, subd.2 of the MHRA provides that it is unlawful to an employer" because of gender to discharge and employee; or discriminate against a person with respect to hiring, tenure, compensation, terms, upgrading, conditions, facilities or privileges of employment.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Date: _____    _____*Valerie Steener*_____
                            Signature of Plaintiff

Mailing Address  1020 1st St S Apt 5
                 Sauk Rapids, MN 56379

Telephone Number  320 247 3362

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

[Print]

6

Request for Relief

As a direct and proximate result of the defendant's willful and wrongful discriminatory acts, violations of Minn. Stat.363A.08, I lost salary and fringe benefits, each in amounts to be determined by trial, I have suffered mental and emotional distress and anguish to all their damage, in an amount substantially more than $75,000. I also would like to be entitled to attorney's fees and costs incurred in connection with these claims. For all relief available under unlawful retaliation and all relief under the MHRA including treble damages; punitive damages and such other and further relief available by statute; and other relief as the court deems just and equitable